# LAW OFFICES OF DAVID YAN
## ATTORNEY AT LAW

Members of NY & PA Bars                                                                      Direct Dial:  (718) 888-7788
                                                                                              Email:  davidyanlawfirm@yahoo.com

April 18, 2016

**VIA ECF**

Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Court Room 15D
New York, New York 10007
Tel.: (212) 805-6735
Torres_NYSDChambers@nysd.uscourts.gov

                         RE:     *Feng CHEN, et al. v. Best Wingers LLC. d/b/a Best Wingers, et al.*
                                  Docket No.*:*  1:16-cv-01130-AT
                                  Initial Pretrial Conference on 4/19/2016 at 4:15 p.m.

Dear Honorable Judge Analisa Torres:

I represent Plaintiffs in this case.

Defendants were served the Summons, Complaint, the First Amended Complaint, Initial Pretrial Conference Order, and the Court's Individual Practices on February 24, 2016.  The time for Defendants to file an answer or otherwise move with respect to the Complaint and the First Amended Complaint herein expired on March 16, 2016.  Neither Plaintiffs nor the Court has granted Defendants an extension of time to respond to the Complaint and the First Amended Complaint.  To date, Defendants have not filed an answer, moved, or otherwise responded or appeared in response to the Plaintiffs' Complaint and the First Amended Complaint in this action.  Hence, Defendants have defaulted in answering the Complaint and the First Amended Complaint.

The Court's Order for the initial pretrial conference on April 19, 2016 at 4:15 p.m. and the Court's Individual Practices were served on all Defendants on February 24, 2016.  No defendants have contacted my office yet.

Therefore, I request this Court to continue the April 19 2016 initial pretrial conference *sine die*.  Plaintiffs will move for default judgment against Defendants and request for inquest for damages.

If your Honor has any question which I am able to answer, please contact me at (718) 888-7788 or *via* email at davidyanlawfirm@yahoo.com.

Respectfully submitted,

/s/ David Yan

David Yan