DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENG CHEN, DONG CHEN, CHENG LI, and CHANGXING LI, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

KUNJ PATEL, AMGAD ELHOSSEINI, EAST WINGERS INC. d/b/a BEST WINGERS, BEST WINGERS LLC d/b/a BEST WINGERS, B. WINGERS, INC. d/b/a BEST WINGERS,

Defendants.

16 Civ. 1130 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the judgment for Plaintiffs, ECF No. 173, and the Court's order granting an award of attorney's fees, ECF No. 179, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: April 13, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge